

# NUMBER 13-16-00315-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ACCIDENT FUND GENERAL INSURANCE COMPANY AND KRISTE HENDERSON

### On Petition for Writ of Mandamus and
### Motion for Temporary Relief.

## ORDER

### Before Justices Rodriguez, Garza, and Longoria
### Per Curiam Order

Relators, Accident Fund General Insurance Company and Kriste Henderson, filed a petition for writ of mandamus and motion for temporary relief in the above cause on June 13, 2016. Through this original proceeding, relators seek to compel the trial court to grant their plea to the jurisdiction because the claims at issue in this case fall within the exclusive jurisdiction of the Texas Department of Insurance, Division of Workers' Compensation. Through their motion for temporary relief, relators seek to stay all trial court proceedings pending resolution of their petition for writ of mandamus.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that the motion should be granted. Accordingly, the motion for temporary relief is GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests that the real parties in interest, Ricky Sayaz, Nelda Ramirez, and Coil Tubing Solutions, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
14th day of June, 2016.